IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JACQUELINE ELLINGTON, on behalf of C.S., III, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CIVIL ACTION NO. 2:07cv789-CSC |
| COMMISSIONER OF SOCIAL SECURITY, | ) ) ) ) | |
| Defendant. | ) | |

**ORDER**

On July 14, 2008, plaintiff's counsel filed an application for attorney's fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d)(1). (Doc. # 20). The defendant does not object. Accordingly upon consideration of the motion, and for good cause, it is

ORDERED that the plaintiff's application for attorney's fees and expenses (doc. # 20) be and is hereby GRANTED and the plaintiff be and is hereby AWARDED fees and expenses in the amount of $3,093.75.

Done this 1st day of August, 2008.

    /s/Charles S. Coody
CHARLES S. COODY
UNITED STATES MAGISTRATE JUDGE